UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mackel Gaither** **Docket No. 5:25-CR-311-1D**

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mackel Gaither, who, upon an earlier plea of guilty to Financial Institution Fraud, in violation of 18 U.S.C. §§ 1344 and 2; and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A and 2, was sentenced by the Honorable William C. Griesbach, United States District Judge, in the Eastern District of Wisconsin, on December 16, 2019, to the custody of the Bureau of Prisons for a term of 40 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Mackel Gaither was released from custody on September 5, 2025, at which time the term of supervised release commenced.

On December 18, 2025, Jurisdiction was transferred to the Eastern District of North Carolina.

On March 26, 2026, a Violation report was submitted to the court reporting he failed to make any payments towards his restitution. No action was recommended at this time. The court agreed with the recommendation and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the defendant began supervision, he possessed marijuana on multiple occasions, as evidenced by tests conducted on October 14, 2025, June 15, 2026, and August 20, 2026. These urinalysis tests all yielded positive results for marijuana.

The defendant was ordered to pay a special assessment of $200.00 and restitution in the amount of $106,721.08 in the Eastern District of Wisconsin. He was further ordered to make installments of $100.00 per month or 10% of his monthly income, beginning 30 days after his release from imprisonment. According to this court's financial payment tracking system, he has paid his special assessment; however, he still owes $103,287.01 in restitution with his last payment received on April 28, 2026.

Due to this noncompliance, it is recommended that additional special conditions be imposed requiring the defendant to comply with an electronically monitored curfew for a period not to exceed 45 consecutive days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: September 11, 2026

**ORDER OF THE COURT**

Considered and ordered this 14 day of September, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge